UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THUY T. PHAN     CIVIL ACTION

VERSUS

WHOLE FOOD COMPANY, INC.
D/B/A WHOLE FOODS MARKET     NO. 23-00281-BAJ-SDJ

### JUDGMENT

Considering the **Joint Notice of Settlement (Doc. 23)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney fees.

Baton Rouge, Louisiana, this 31st day of October, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA